# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KENDRICK DANE SELLERS,

    Plaintiff,

v.

TRACY L. THOMPSON, JULIE
LUDWIG, KELLY PELKY, and
HANNAH UTTER, in their individual
capacities,

    Defendants.

Case No. 23-CV-1014-JPS

**MOTION**

---

## PLAINTIFF'S MOTION FOR EXPEDITED SCREENING ORDER

---

**NOW COMES,** Plaintiff Kendrick Dane Sellers, Pro Se, Pursuant to Federal Rules of Civil Procedure Rule 1, Hereby Request the Honorable United States District Judge J.P. Stadtmueller, to screen his Amended Complaint in Case 23-CV-1014-JPS, for the following reasons:

**1.** Rule 1. Scope and Purpose

These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the "just, speedy, and inexpensive determination of every action and proceeding."

Plaintiff Kendrick Dane Sellers, Pro Se, respectfully requests your honor to screen his amended complaint in the above captioned case. Additionally, Plaintiff has pending

1

Motions pertaining to his imminent danger of serious injury or death pleadings. On 12-14-23 the Honorable Judge J.P. Stadtmueller Ordered Plaintiff to file amended Complaint in 23-CV-1014-JPS by 01-04-24. The Plaintiff has complied with this Order and has not received the new screening order as of 02-14-24.

**WHEREFORE,** The Plaintiff Prays the Court expedite the screening of his Amended Complaint in Case 23-CV-1014-JPS

*[signature]*

Signed this 15th Day, February, 2024

By: *s/ Kendrick D. Sellers*
    Kendrick D. Sellers
    Pro Se
    New Lisbon Correctional Institution
    2000 Progress Road
    P.O. Box 2000
    New Lisbon, WI 53950-2000
    (608) 562-6400

2



Kendrick Sellers 603304
New Lisbon Correctional Institution
P.O. Box 2000
New Lisbon, WI 53950-2000

MILWAUKEE WI 530
16 FEB 2024 PM 3 L

Clerk of Court
U.S. District Court
Eastern District of Wisconsin
517 east Wisconsin Avenue
Room 362
Milwaukee, WI 53202

53202-458299